# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00100-CV

**Latanya Ann Wilson, Appellant**

**v.**

**Ditech Financial, LLC, Appellee**

### FROM THE COUNTY COURT OF FAYETTE COUNTY
### NO. 3779, THE HONORABLE JOE WEBER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due September 15, 2021. On appellant's motion, the time for filing was extended to January 18, 2022. Appellant has now filed a second motion, requesting that the Court extend the time for filing appellant's brief. We grant in part the motion for extension of time and order appellant to file a brief no later than February 18, 2022. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on January 25, 2022.

Before Justices Goodwin, Baker, and Triana